IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXIS LATIFI<br>1111 11th Street NW, Apt. 703<br>Washington, D.C. 20001<br><br>And<br><br>JERRY CASSELANO<br>1111 11th Street NW, Apt. 703<br>Washington, D.C. 20001<br><br>     *Plaintiffs*,<br>v.<br><br>UBER TECHNOLOGIES, INC.<br>1445 Market Street<br>4th Floor<br>San Francisco, CA 94103<br><br>And<br><br>RASIER, LLC<br>1515 3rd Street<br>San Francisco, CA 94158<br><br>And<br><br>RASIER-DC, LLC<br>1515 3rd Street<br>San Francisco, CA 94158<br><br>     *Petitioners/Defendants*<br><br>And<br><br>CHEIKH TOURE<br>3020 Mozart Drive<br>Silver Spring, MD 20904<br><br>     *Defendant.* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

35390282.v4

## NOTICE OF REMOVAL

Petitioners/Defendants, Uber Technologies, Inc., Rasier, LLC and Rasier-DC, LLC, by and through their undersigned attorneys, and pursuant to 28 U.S.C. §1441 *et. seq.*, file this Notice of Removal of this action from the Superior Court for the District of Columbia, Civil Action No. 2022-CAB-005460, in which it is now pending, to the United States District Court for the District of Columbia, and in support thereof respectfully aver as follows:

1. Uber Technologies, Inc., Rasier, LLC and Rasier-DC, LLC were named as defendants in a suit filed by Plaintiffs, Alexis Latifi and Jerry Casselano, in the Superior Court for the District of Columbia, Case No.: 2022 CAB 005460. *See* Complaint, attached as **Exhibit 1**.

2. Uber Technologies, Inc., Rasier, LLC and Rasier-DC, LLC were served with process by certified mail on or about January 30, 2023. *See* Affidavits of Service, attached as **Exhibits 2, 3 and 4**.

3. Uber Technologies, Inc. is a corporation, formed under the laws of Delaware, with a principal place of business in California.

4. Rasier, LLC is a limited liability company organized under the laws of Delaware with a principal place of business in California. No member of Rasier, LLC is a citizen of the District of Columbia.

5. Rasier-DC, LLC is a limited liability company organized under the laws of Florida with a principal place of business in Florida. No member of Rasier-DC, LLC is a citizen of the District of Columbia.

6. According to the Complaint, Plaintiffs, Alexis Latifi and Jerry Casselano, are residents of Washington, D.C. *See* **Exhibit 1**.

7. According to the Complaint, Defendant, Cheikh Toure, is a resident of Maryland. *See* **Exhibit 1**.

8. The above-entitled matter is one in which this Court has original jurisdiction pursuant to 28 U.S.C. §1332. Petitioners seek to remove this action to this Court under 28 U.S.C. §1441.

9. Per 28 U.S.C. § 1446 (b), true and correct copies of all pleadings and papers served on Uber Technologies, Inc., Rasier, LLC and Rasier-DC, LLC are being filed with this notice of removal. *See* **Exhibit 1**; Notice of Remote Initial Scheduling Conference, attached as **Exhibit 5**; Civil-Actions Branch Case Information Sheet, attached as **Exhibit 6**; Plaintiffs' Motion to Extend Time for Service on Defendants, attached as **Exhibit 7**.

10. The above-entitled matter is a civil action arising out of an automobile accident, which occurred at 1310 L Street, NW, Washington, D.C. Plaintiffs allege vicarious liability, apparent agency and loss of consortium against Uber Technologies, Inc., Rasier, LLC and Rasier-DC, LLC and demand $1,000,000.00 in damages in the Complaint. *See* **Exhibit 1**.

11. Uber Technologies, Inc., Rasier, LLC and Rasier-DC, LLC are entitled to removal, because there is complete diversity of citizenship between the Plaintiffs and Defendants, Uber Technologies, Inc., Rasier, LLC, Rasier-DC, LLC and Cheikh Toure.

WHEREFORE, Petitioners/Defendants, Uber Technologies, Inc., Rasier, LLC and Rasier-DC, LLC ("Rasier-DC") respectfully request that the above-entitled action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

/s/
Imoh E. Akpan (D.C. Fed. Bar No. 1024458)
Goldberg Segalla, LLP
111 S. Calvert Street, Suite 2000
Baltimore, Maryland 21202
(443) 615-7500
(443) 615-7599 - Fax
iakpan@goldbergsegalla.com
*Counsel for Defendants, Uber Technologies, Inc., Rasier, LLC and Rasier-DC, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February 2023, a copy of the foregoing Notice of Removal was sent via ECF/CM and/or first class mail, postage pre-paid, to: Kasey K. Murray, Koonz, McKenney, Johnson, DePaolis & Lightfoot, LLP, 2001 Pennsylvania Avenue, NW, Suite 450, Washington D.C. 20006, *Attorney for Plaintiffs, Alexis Latifi and Jerry Casselano*; and Cheikh Toure, 3020 Mozart Drive, Silver Spring, Maryland 20904, *Pro Se Defendant*.

/s/
Imoh E. Akpan (Bar No. 1024458)

35390282.v4